UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Willie R. Bolton : Case #: 02-59359

: Chapter 13

: Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 24, 2011               /s/ Frank M. Pees
                                    Frank M. Pees
                                    Chapter 13 Trustee


<u>Name and Address</u>                <u>Amount</u>
Willie R Bolton                     $267.81
292 Columbian Ave
Columbus, OH 43223